IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
KEVIN L. PRICE,                     )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 04-1357
                                    )   Judge Alan Bloch
Warden JOHN WALTON,                 )   Magistrate Judge Caiazza
Deputy Warden, STEVE CMAR,          )   In Re: Doc. 9
and BILL NICHOLSON, Naphcare,       )
                                    )
        Defendants.                 )
```

**MEMORANDUM ORDER**

The Plaintiff's complaint was received by the Clerk of Court on September 7, 2004, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report, filed on November 18, 2005, that the Defendants' Motion for Summary Judgment be granted.

Service was made on the Plaintiff by First Class United States Mail delivered to the Westmoreland County Prison, Greensburg, Pennsylvania, were he is incarcerated and on the Defendant. Objections were filed on November 28, 2005 by the the Plaintiff. After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

1

AND NOW, this ___3rd___ day of __January__, 2006

IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that JUDGMENT is entered in favor of the Defendants and against the Plaintiff. The Clerk is directed to mark this case closed.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 13) dated November 18, 2005, is adopted as the opinion of the court.

_____
Alan N. Bloch
U.S. District Court Judge

cc:
Francis X. Caiazza
U.S. Magistrate Judge

Kevin L. Price, #3672-03
Westmoreland County Prison
3000 South Grande Boulevard
Greensburg, PA 15601

John K. Greiner, Esq.
Belden Law
117 North Main Street
Greensburg, PA 15601